949 A.2d 205

## IN THE MATTER OF FRANK D. DEVITO, AN ATTORNEY AT LAW (ATTORNEY NO. 017311979).

June 10, 2008.

## ORDER

**FRANK D. DeVITO,** formerly of **UNION,** who was admitted to the bar of this State in 1979, and who has been on disability inactive status since December 6, 2007, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **FRANK D. DeVITO** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with disbarred attorneys.

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.